FILED

08/04/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

No. DA 20-0115

IN THE

SUPREME COURT OF THE STATE OF MONTANA

_____

THE CITY OF MISSOULA,

*Plaintiff and Appellant*,

VS.

MOUNTAIN WATER COMPANY, a Montana Corporation; AND CARLYLE INFRASTRUCTURE PARTNERS, LP, a Delaware limited partnership,

*Defendants/Appellees and Cross-Appellants,*

AND

THE EMPLOYEES OF MOUNTAIN WATER COMPANY,

*Intervenors and Appellees.*

_____

ON APPEAL FROM THE MONTANA FOURTH JUDICIAL DISTRICT COURT,
MISSOULA COUNTY, HON. KAREN TOWNSEND, PRESIDING
CASE NO. DV-14-352

## GRANT OF UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to authority granted under Mont. R. App. P. 26(1),

Defendant/Appellee, Cross Appellant Carlyle Infrastructure Partners, LP's

Unopposed Motion for Extension of Time to File Opening Brief is granted.

Plaintiff/Appellee, Cross Appellant Carlyle Infrastructure Partners, LP may file

and serve its opening brief on or before September 18, 2020.

Dated: _____, 2020.

15155395_v1

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 4 2020